UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

STEVEN D. SZEPESI, and
EVA SZEPESI,

                Debtors.          CASE NO. 9:10-bk-21618-ALP

_____ /

## ORDER GRANTING DEBTORS' MOTION FOR AUTHORIZATION
## OF SALE OF HOMESTEAD PROPERTY

THIS MATTER having come before the Court on March 3, 2011, upon the Debtors' Motion to Sell Homestead Property, and the Court having reviewed the record, and being otherwise fully informed of the premises, is of the opinion that Motion to Sell Homestead Property, is hereby and the same be, GRANTED.

Accordingly, it is:

ORDERED, ADJUDGED and DECREED:

That the Debtors' Motion to Sell Homestead Property, is hereby and the same be, GRANTED.

                                      March 11, 2011
DONE and ORDERED in Chambers this_____

                                    _____
                                    DAVID H. ADAMS
                                    United States Bankruptcy Judge

Copies furnished to:
Jon M. Waage, Chapter 13 Trustee, P.O. Box 25001, Bradenton, FL 34206
Miller & Hollander, P.A. 2430 Shadowlawn Drive, Suite 18, Naples, FL 34112
U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL, 33602
Mr. and Mrs. Steven D. Szepesi, P.O. Box 366, Naples, FL 34106

M:\USERS\GREG\ORDER GRANTING SALE SZEPESI.WPD